UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

J&J Sports Productions, Inc.,

       Plaintiff,   07-CV-3448(CPS)(RER)

 - against -       MAGISTRATE
            REFERRAL ORDER
Evangelina Quizhpi, *indiviually and as
officer, director, shareholder and/or
principal of* El Rocio Restaurant, Inc.,
and El Rocio Restaurant, Inc. d/b/a El
Rocio Restaurant a/k/a El Rocio,

       Defendants.

----------------------------------------X

  The default of defendants having been noted by the Clerk of the Court on November 2, 2007, the within action is hereby referred to Magistrate Judge Reyes to conduct an inquest as to jurisdiction, damages, attorneys fees, and injunctive relief (if requested). The Magistrate Judge is requested to render a report and recommendation on these subjects on or before April 7, 2008.

  The Clerk is directed to transmit a copy of the within to the parties and to the magistrate judge.

  SO ORDERED.

Dated : Brooklyn, New York
    November 6, 2007

           s/Hon. Charles P. Sifton
           _____
           United States District Judge