UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

J&J Sports Productions, Inc. as Broadcast
Licensee of the May 5, 2007 DeLaHoya/
Meriweather Program,

       Plaintiff,   07-CV-3448(CPS)(RER)

  - against -

              ORDER

Evangelina Quizhhpi, *individually and as
officer, director, shareholder and/or
principal of*, El Rocio Restaurant Inc.,
d/b/a El Rocio Restaurant a/k/a El Rocio,

       Defendants.

----------------------------------------X

  No objections to the Report and Recommendation of Magistrate Judge Reyes dated December 6, 2007, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by February 25, 2008, a revised proposed judgment consistent with Magistrate Judge Reyes's Report and Recommendation.

  The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

  SO ORDERED.

Dated : Brooklyn, New York
    February 4, 2008

            s/Hon. Charles P. Sifton
        By: _____
           United States District Judge